## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| THE CHESAPEAKE BAY FOUNDATION, INC., *et al.* | ) ) ) | |
| Plaintiffs and Counterclaim Defendants, | ) ) ) | |
| v. | ) ) | Case No. 8:11-cv-00047-PWG |
| WEYERHAEUSER COMPANY formerly d/b/a TRUS JOIST MACMILLAN, *et al.* | ) ) ) | |
| Defendants and Counterclaim Plaintiffs. | ) ) | |
| WEYERHAEUSER COMPANY formerly d/b/a TRUS JOIST MACMILLAN, *et al.* | ) ) ) | |
| Third Party Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| PERMAPOST PRODUCTS CO. | ) ) | |
| Third Party Defendant. | ) ) | |

### AMENDED SCHEDULING ORDER

This Amended Scheduling Order is being entered pursuant to Local Rule 103.9. Any inquiries concerning the schedule should be directed to my chambers, not to the Clerk's Office. Any party who believes that any deadline set forth in this Amended Scheduling Order is unreasonable may request in writing a modification of the Order or that a conference be held for the purpose of seeking a modification of the Order, and any such request must be made on or before the first date set forth in Paragraph I below. **Thereafter, the schedule will not be changed except for good cause.** This case is subject to electronic filing. Please familiarize yourself with the procedures for electronic filing available at: www.mdd.uscourts.gov. You must use the electronic filing system for filing documents with the Clerk and sending case related correspondence to chambers. When you electronically file a document that, including attachments, is 15 pages or longer, you also must provide a paper copy of the document and a paper copy of the notice of electronic filing. The paper copy should be sent to the Clerk's Office, not directly to my chambers.

#505208
010039-0008

## I. DEADLINES

| | |
|---|---|
| September 15, 2014: | Plaintiffs to provide to Defendants complete and accurate information, with support, to update their damages claims. |
| January 15, 2015: | Completion of discovery limited to claimed damages. |
| February 27, 2015: | ADR Deadline |
| June 5, 2015: | Motions *In Limine*; Joint Pretrial Order; Proposed Voir Dire Questions; Joint Proposed Jury Instructions; and Proposed Special Verdict Forms |
| June 22, 2015 at 1:00 p.m.: | Pretrial Conference |
| July 14, 2015 at 9:30 a.m.: | Ten-Day Jury Trial to Begin |

## II. PENDING MOTIONS

a.  The following motions are fully briefed and ripe for resolution by the Court:

1.  Weyerhaeuser's Motion for Summary Judgment against CBF (Doc. No. 79), and CBF's Opposition (Doc. No. 90);

2.  Weyerhaeuser's Motion for Summary Judgment against SmithGroup (Doc. No. 77), SmithGroup's Opposition (Doc. No. 86), and SmithGroup's Supplement to Opposition (Doc. No. 89); and

3.  Weyerhaeuser's Motion for Partial Summary Judgment against Clark (Doc. No. 78), Clark's Opposition and Cross-motion for Partial Summary Judgment against Weyerhaeuser (Doc. No. 87), Weyerhaeuser's Opposition to Clark's Cross-motion (Doc No. 100), and Clark's Reply (Doc. No. 103).

4.  Weyerhaeuser's Motion for Leave to Supplement its Motions for Summary Judgment against all Plaintiffs (Doc. No. 83), and Plaintiffs' Opposition (Doc. No. 84) **[First issue – see footnote 1]**.[1]

---

[1]  Doc. No. 83 presents two issues. First, Weyerhaeuser asks leave to supplement its motions for summary judgment (the motions described in ¶ II.a.1-3 hereof) to add the arguments set forth in Permapost's motion for summary judgment (Doc. No. 76). Weyerhaeuser requests a ruling on this aspect of Doc. No. 83. Second, Weyerhaeuser seeks additional time to respond to the Permapost's motion for summary judgment. This aspect of Doc. No. 83 is being withdrawn in view of the briefing schedule for the Permapost summary judgment motion set forth in ¶ II.b.1 hereof. See ¶ II.c.2 hereof.

      b.      The following motion is not fully briefed, and will be briefed according to the briefing schedule set forth below:

            1.      Permapost's Motion for Summary Judgment against Weyerhaeuser (Doc. No. 76), Plaintiffs' Opposition to Doc. No. 83 (which addresses the merits of Doc. No. 76)  (Doc. No. 84), and Permapost's Reply to Doc. No. 84 (Doc. No. 94)

                Briefing Schedule:

                a.      Weyerhaeuser's Opposition shall be filed on or before September 26, 2014; and

                b.      Permapost's Reply shall be filed on or before October 10, 2014.

      c.      The following motions have been withdrawn by the moving party:

            1.      Weyerhaeuser's Motion to Strike Certain Evidence of Plaintiffs' Claims for Damages (Doc. No. 95), SmithGroup's Opposition (Doc. No. 99), Clark's Opposition (Doc. No. 101), and CBF's Opposition (Doc. No. 102); and

            2.      Weyerhaeuser's and Permapost's Consent Motion to Extend Time to Respond to Third-Party Defendant's Motion for Summary Judgment against all Plaintiffs (Doc. No. 83).

### III.  Settlement Conference

      The Court will refer this case to the Chief Magistrate Judge for assignment to an appropriate Magistrate Judge for a settlement conference.  The other deadlines set forth in this Amended Scheduling Order will not be stayed pending any such conference.

### IV.  Status Report

      On or before May 22, 2015, the parties shall file a status report covering the following matters:

      a.      Whether any motions are pending;

      b.      A certification that the parties have met to conduct serious settlement negotiations; and the date, time, and place of the meeting and the names of all persons participating therein; and

      c.      Any other matter which the parties believe should be brought to the court's attention.

Dated: _____, 2014

_____
Paul W. Grimm
United States District Judge