UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

THE CHESAPEAKE BAY
FOUNDATION, INC., et al.

    Plaintiffs/Counterclaim Defendants,

v.

    Case No. 8:11-CV-00047-PWG

WEYERHAEUSER COMPANY formerly d/b/a
TRUS JOIST MACMILLAN, et al.

    Defendants/Counterclaim Plaintiffs.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

WEYERHAEUSER COMPANY formerly d/b/a
TRUS JOIST MACMILLAN, *et al.*

    Third Party Plaintiffs,

v.

PERMAPOST PRODUCTS CO.

    Third-Party Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO AMEND AMENDED SCHEDULING ORDER

Weyerhaeuser Company formerly d/b/a Trus Joist MacMillan and Weyerhaeuser NR Company formerly d/b/a Trus Joist, Defendants/Counterclaim Plaintiffs/Third Party Plaintiffs ("Weyerhaeuser"), by and through undersigned counsel, hereby move this Court, with the consent of Plaintiffs, The Chesapeake Bay Foundation, Inc., Clark Construction Group, LLC f/k/a The Clark Construction Group, Inc. and SmithGroup, Inc. d/b/a KCF-SHG Incorporated (collectively, "Plaintiffs") and Third Party Defendant, Permapost Products Co. ("Permapost") to amend the Amended Scheduling Order dated August 29, 2014 to allow Weyerhaeuser to file its

opposition to Permapost's Motion for Summary Judgment against Weyerhaeuser, Docket No. 95 ("Permapost Motion"), and for its reasons states:

1. An Amended Scheduling Order was executed by this Court on August 29, 2014 (Dkt No. 126).

2. Currently, Weyerhaeuser's Opposition to Permapost's Motion is due on Friday, September 26, 2014 and Permapost's Reply is due on Friday October 10, 2014.

3. This is the last of the pending motions in this matter that requires full briefing and no hearing date has been set for Permapost's Motion.

4. Counsel for all parties have consented to the filing of this motion.

5. The following amendments and new dates for filing are requested:

- <u>September 29, 2014</u> – Weyerhaeuser's Opposition to Permapost Motion Due

- <u>October 13, 2014</u> – Permapost's Reply to Weyerhaeuser's Opposition Due

6. All other dates shall remain the same.

**WHEREFORE**, Weyerhaeuser, with the consent of all parties, respectfully requests that this Court grant this consent motion to amend the Amended Scheduling Order as set forth above.

Dated: 09/30/14    SO ORDERDED: _____
Paul W. Grimm
United States District Court Judge

Respectfully submitted,

/s/ Tracy L. Steedman
Tracy L. Steedman (Fed. Bar No. 27420)
tlsteedman@nilesbarton.com
Robert P. O'Brien (Fed. Bar No.00003)
rpobrien@nilesbarton.com