**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| THE CHESAPEAKE BAY FOUNDATION, INC., *et al*.<br><br>  Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>WEYERHAEUSER COMPANY formerly d/b/a TRUS JOIST MACMILLAN, *et al*.<br><br>  Defendants and Counterclaim Plaintiffs.<br><br>WEYERHAEUSER COMPANY formerly d/b/a TRUS JOIST MACMILLAN, *et al*.<br><br>  Third Party Plaintiffs,<br><br>v.<br><br>PERMAPOST PRODUCTS CO.<br><br>  Third Party Defendant. | Case No. 8:11-cv-00047-PWG |

**<u>NOTICE OF FOURTH CIRCUIT ORDER DENYING RECONSIDERATION
OF COSTS AWARD TO PLAINTIFFS</u>**

Plaintiff Clark Construction Group, LLC ("Clark") hereby respectfully submits notice to this Court that on November 3, 2014, the United States Court of Appeals for the Fourth Circuit ("Fourth Circuit") issued an order denying the motion of Defendants Weyerhaeuser Company and Weyerhaeuser NR Company ("Weyerhaeuser") to reconsider the Fourth Circuit's award of costs on appeal to Clark, The Chesapeake Bay Foundation, and SmithGroup, Inc. d/b/a KCF-SHG Incorporated (collectively, "Plaintiffs").

A copy of the Fourth Circuit's November 3 order denying Weyerhaeuser's motion for

reconsideration of Plaintiffs' costs award is attached hereto as Exhibit A.  The order ruled on Weyerhaeuser's Request for Clarification of Taxation of Bill of Costs ("Request for Clarification"), which the Fourth Circuit treated as a motion for reconsideration.  Weyerhaeuser attached a copy of its Request for Clarification as Exhibit C to its Opposition to Plaintiffs' Bill of Costs (Dkt. 129), filed on September 19, 2014.

November 6, 2014                          Respectfully submitted,

                                                /s/
                                      Michael Evan Jaffe (USDC MD Bar No. 06694)
                                      Cynthia Cook Robertson (USDC MD Bar No. 18083)
                                      michael.jaffe@pillsburylaw.com
                                      cynthia.robertson@pillsburylaw.com
                                      Pillsbury Winthrop Shaw Pittman LLP
                                      2300 N Street, N.W.
                                      Washington, D.C.  20037-1122
                                      Telephone:  (202) 663-8068
                                      Facsimile:  (202) 663-8007
                                      *Counsel for Clark Construction Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November 2014, I caused the foregoing to be filed on the court's CM/ECF system, which will automatically send copies to all counsel of record in this case:

>Robert P. O'Brien, Esq.
>Craig D. Roswell, Esq.
>Tracy L. Steedman, Esq.
>Niles, Barton & Wilmer, LLP
>111 S. Calvert Street, Suite 1400
>Baltimore, Maryland  21202
>*Counsel for Weyerhaeuser Company and Weyerhaeuser NR Company*
>
>Matthew T. Angotti, Esq.
>Cullen B. Casey, Esq.
>Anderson, Coe & King, LLP
>Seven Saint Paul Street, Suite 1600
>Baltimore, Maryland  21202-1653
>*Counsel for Permapost Products Co.*

>>/s/
>>Michael Evan Jaffe (USDC MD Bar No. 06694)